USDC SCAN INDEX SHEET

















TKL   4/24/06   15:20

3:06-CV-00911   ALVIS V. CITY OF OCEANSIDE

*1*

*NTCREM.*



Case 3:06-cv-00911-JM-WMC   Document 1   Filed 04/21/06   Page 2 of 6

**ORIGINAL**

FILED
2006 APR 21 AM 9:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  ARLENE PRATER, Bar No. 67191
   ALISON D. ALPERT, Bar No. 199257
2  BEST BEST & KRIEGER LLP
   655 West Broadway, 15th Floor
3  San Diego, California 92101
   Telephone: (619) 525-1300
4  Telecopier: (619) 233-6118
   Email: arlene.prater@bbklaw.com
5
   JOHN P. MULLEN, Bar No. 160510
6  CITY ATTORNEY
   CITY OF OCEANSIDE
7  300 North Coast Highway
   Oceanside, California 92054-2885
8  Telephone: (760) 435-3975
   Telecopier: (760) 439-3877
9
   Attorneys for Defendant
10 CITY OF OCEANSIDE

11                 UNITED STATES DISTRICT COURT
12                SOUTHERN DISTRICT OF CALIFORNIA

13

14 Houston Alvis, Eric Anderson, Michael      Case No. 06 CV 0911 JM    WMc
   W. Brown, Mark Alan Bussey, Thomas         Judge:
15 Alan Bussey, Matt Byrd, Dwight P.
   Carwell, John Clark, Phil Dumas, Laura     NOTICE OF REMOVAL OF ACTION TO
16 Flinn, Scott Garrett, John Pierre Gisbert, FEDERAL COURT PURSUANT TO 28
   Martin D. Gravelle, Scott Hunter, John     U.S.C. § 1441(b) (FEDERAL QUESTION
17 Janda, Randy Judd, Kevin Kaiser, Shawn     JURISDICTION)
   M. Kelly, Edward L. Lane, Karen Laser,
18 Ignacio Lopez, Martin J. Morabe, Ann
   O'neill, Gregory Lee Rainwater, Carl       Complaint Filed: January 27, 2006
19 Steven Regalado, James E. Sandifer, Rob
   Sarracino, Christopher P. Schuchardt,
20 Daniel Shapiro, Roy M. Spencer, Johann
   A Stenn, Anis B. Trabelsi, Gary Truscott,
21 Eldidio Pete Ybarra Jr., Joshua B. Young,
   on behalf of themselves and other
22 employees similarly situated in the general
   public,
23
                Plaintiffs,
24
        v.
25
   CITY OF OCEANSIDE and DOES 1
26 through 20, inclusive,

27              Defendants.

28
   SDLIT\AALPERT\329169.1    

   NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(b)
                      (FEDERAL QUESTION JURISDICTION)

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  PLEASE TAKE NOTICE THAT Defendant City of Oceanside hereby removes to this Court the State Court action described below.

3  1. On January 27, 2006, an action was filed in the Superior Court of the State of California in and for the County of San Diego, North County Division, titled <u>Houston Alvis, et al. v. City of Oceanside; Does 1-10, Inclusive</u>, Case No. GIN 050178.

4  2. The original complaint was not initially served on Defendant. The First Amended Complaint was personally served on Defendant on March 28, 2006. The Summons on First Amended Complaint, along with the original Summons and Complaint accompanied the First Amended Complaint at the time of service. A true and correct copy of Plaintiffs' First Amended Complaint and the Summons on First Amended Complaint are attached to the Notice of Lodgment as Exhibits "A" and "B", respectively. A true and correct copy of the original unserved Complaint and Summons are attached to the Notice of Lodgment as Exhibits "C" and "D." Also served with the First Amended Complaint were the Notice of Case Assignment and Notice to Litigants/ADR package (with blank form for Stipulation to use ADR), true and correct copies of which are attached to the Notice of Lodgment as Exhibits "E" and "F", respectively.

5  3. Plaintiffs have also filed with the Superior Court and served on the City, Consents to Join executed by 21 of the 35 named Plaintiffs, true and correct copies of which are attached to the Notice of Lodgment as Exhibit "G".

6  4. Plaintiffs' First Amended Complaint for Damages, alleges the following six causes of action: (1) Fair Labor Standards Act §7(a) Violations [29 U.S.C. §207(a)]; (2) California Labor Code §226.7 Violations; (3) California Labor Code §512 Violations; (4) California Labor Code §2802 Violations; (5) Breach of Contract; and (6) Unfair Competition [Cal. Bus. & Prof. Code §17200].

7  5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action arising under a federal statute, the Fair Labor Standards Act §7(a) [29 U.S.C. §207(a)]. The Court has supplemental jurisdiction

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

1  under 28 U.S.C. §1367 over the remaining related claims brought under state law.

2      6.    In light of the foregoing, the Court has jurisdiction based on the federal question presented. Defendant City of Oceanside is the only named Defendant in this action, and seeks removal of the action to the United States District Court.

Dated: April 21, 2006          BEST BEST & KRIEGER LLP

By: _____
ARLENE PRATER
ALISON D. ALPERT
Attorneys for Defendant
CITY OF OCEANSIDE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

**CIVIL COVER SHEET**

OJS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

Houston Alvis, Eric Anderson, Michael W. Brown, Mark Alan Bussey, Thomas Alan Bussey, Matt Byrd, Dwight P. Carwell, John Clark, Phil Dumas, Laura Flinn, Scott Garrett, John Pierre Gisbert, Martin D. Gravelle, Scott Hunter, John Janda, Randy Judd, Kevin Kaiser, Shawn M. Kelly, Edward L. Lane, Karen Laser, Ignacio Lopez, Martin J. Morabe, Ann O'neill, Gregory Lee Rainwater, Carl Steven Regalado, James E. Sandifer, Rob Sarracino, Christopher P. Schuchardt, Daniel Shapiro, Roy M. Spencer, Johann A Stenn, Anis B. Trabelsi, Gary Truscott, Eldidio Pete Ybarra Jr., Joshua B. Young, on behalf of themselves and other employees similarly situated in the general public,

### DEFENDANTS

CITY OF OCEANSIDE and DOES 1 through 20, inclusive,

FILED
2006 APR 21 AM 9:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

'06 CV 0911 JM    WMc

(b) County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
(d) Michael Anthony Jenkins, Esq., Bar No. 171958
(e) CASTLE, PETERSEN & KRAUSE LLP
(f) Attorneys at Law
(g) 4675 MacArthur Court, Suite 1250
(h) Newport Beach, California 92660
(i)
(j) Gregory G. Petersen, Esq., Bar No. 77744
(k) CASTLE, PETERSEN & KRAUSE
(l) Attorneys at Law
(m) 8388 Vickers Street
(n) San Diego, CA 92111

Attorneys (If Known)
(c)  ARLENE PRATER, Bar No. 67191
     ALISON D. ALPERT, Bar No. 199257
(d)  BEST BEST & KRIEGER LLP
(e)  655 West Broadway, 15th Floor
(f)  San Diego, California 92101
(g)  Telephone: (619) 525-1300
(h)  Telecopier: (619) 233-6118
(i)  Email: arlene.prater@bbklaw.com
(j)
(k)  JOHN P. MULLEN, Bar No. 160510
(l)  CITY ATTORNEY
(m)  CITY OF OCEANSIDE
(n)  300 North Coast Highway
(o)  Oceanside, California 92054-2885
(p)  Telephone: (760) 435-3975
     Telecopier: (760) 439-3877

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | |

American LegalNet, Inc. | www.USCourtForms.com

|  | Other<br>440 Other Civil Rig... |  |  | State Statutes |
|---|---|---|---|---|

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Labor Standards Act [29 U.S.C. §207(a)]

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**  ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $**   CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**  (See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: April 21, 2006

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 124099   AMOUNT $350   APPLYING IFP [KD 4/21/06]  JUDGE _____   MAG. JUDGE _____

American LegalNet, Inc. | www.USCourtForms.com