ORIGINAL

1  Michael Anthony Jenkins, Esq. (Bar No. 171958)
   Stepheney R. Windsor, Esq. (Bar No. 242125)
2  CASTLE, PETERSEN & KRAUSE LLP
   Attorneys at Law
3  4675 MacArthur Court, Suite 1250
   Newport Beach, California 92660
4  E-mail: atty@cpk-law.com
   Telephone: (949) 417-5600
5  Facsimile: (949) 417-5610

6  Gregory G. Petersen, Esq. (Bar No. 77744)
   CASTLE, PETERSEN & KRAUSE LLP
7  Attorneys at Law
   8388 Vickers Street
8  San Diego, California 92111
   E-mail: atty@cpk-law.com
9  Telephone: (858) 300-3824
   Facsimile: (858) 573-1574
10
   Attorneys for Plaintiffs HOUSTON ALVIS, et al.,
11 on behalf of themselves, other employees
   similarly situated and the general public
12

FILED

2006 OCT 17  AM 8:20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

13                  UNITED STATES DISTRICT COURT

14                  SOUTHERN DISTRICT OF CALIFORNIA

15

16  Houston Alvis, Eric Anderson, Michael        CASE NO. 06 CV 0911 JM WMc
    W. Brown, Mark Alan Bussey, Thomas
17  Alan Bussey, Matt Byrd, Dwight P.            STIPULATION OF DISMISSAL FOR
    Carwell, John Clark, Phil Dumas, Laura       SCOTT GARRETT
18  Flinn, Scott Garrett, John Pierre Gisbert,
    Martin D. Gravelle, Scott Hunter, John
19  Janda, Randy Judd, Kevin Kaiser, Shawn
    M. Kelly, Edward L. Lane, Karen Laser,
20  Ignacio Lopez, Martin J. Morabe, Ann
    O'neill, Gregory Lee Rainwater, Carl
21  Steven Regalado, James E. Sandifer, Rob
    Sarracino, Christopher P. Schuchardt,
22  Daniel Shapiro, Roy M. Spencer, Johann
    A. Stenn, Anis B. Trabelsi, Gary Truscott,
23  Eldidio Pete Ybarra, Jr., Joshua B. Young,
    on behalf of themselves, other employees
24  similarly situated and the general public,

25       Plaintiffs,

26  vs.

27  CITY OF OCEANSIDE; DOE ONE
    through 10, inclusive,
28
         Defendants.

-1-
STIPULATION RE DISMISSAL OF SCOTT GARRETT

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that Plaintiff, SCOTT GARRETT is hereby dismissed from
3  the above-captioned matter without prejudice.

5  Dated: 9/25/06

   CASTLE, PETERSEN & KRAUSE LLP
   Attorneys at Law

7  Scott Garrett, Plaintiff

   Elizabeth A. Barker, Esq.
   Attorneys for Plaintiff

10 Dated: 8/18/06

   BEST, BEST & KRIEGER LLP

   Arlene Prater, Esq.
   Alison D. Alpert, Esq.
   Attorneys for Defendant
   City of Oceanside

   **ORDER**

18 IT IS SO ORDERED.
20 Dated: 10/16/06

   Honorable Jeffrey T. Miller
   United States District Court Judge

[ALVIS, et al. vs. CITY OF OCEANSIDE, et al.]
USDC, Southern District, Case No. 06 CV 0911 JM WMc

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF ORANGE      )

I am employed in the county of Orange, state of California. I am over the age of eighteen and not a party to the within action; my business address is: 4675 MacArthur Court, Suite 1250, Newport Beach, California 92660.

On October 2, 2006, the within **STIPULATION OF DISMISSAL FOR SCOTT GARRETT** was served by placing ___ the original / _X_ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| ARLENE PRATER, ESQ. (Bar No. 67191)<br>ALISON D. ALPERT, ESQ. (Bar No. 199257)<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101<br>Telephone: (619) 525-1300<br>Telecopier: (619) 233-6118<br>Email: arlene.prater@bbklaw.com | Attorneys for Defendant,<br>CITY OF OCEANSIDE |
| JOHN P. MULLEN, ESQ. (Bar No. 160510)<br>CITY ATTORNEY<br>CITY OF OCEANSIDE<br>300 North Coast Highway<br>Oceanside, CA 92054-2885<br>Telephone: (760) 435-3975<br>Telecopier: (760) 439-3877 | Attorneys for Defendant,<br>CITY OF OCEANSIDE |

(X)   **BY MAIL:** I am "readily familiar" with this firm's practice of collection, processing, and depositing mail, with postage fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

( )   **BY FACSIMILE:** In addition to the above service by mail, hand delivery, or Federal Express, I caused said document(s) to be transmitted by facsimile to the addressee(s) marked with a ^^^.

( )   **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on **October 2, 2006** at Newport Beach, California.

Janie Adams, Declarant

PROOF OF SERVICE - STIPULATION OF DISMISSAL FOR SCOTT GARRETT
-1-