949 417 5610   CASTLE PETERSEN AN                                    11-13-2006           2/3

1  Michael Anthony Jenkins, Esq. (Bar No. 171958)
   Stepheney R. Windsor, Esq. (Bar No. 242125)
2  CASTLE, PETERSEN & KRAUSE LLP
   Attorneys at Law
3  4675 MacArthur Court, Suite 1250
   Newport Beach, California 92660
4  E-mail: atty@cpk-law.com
   Telephone: (949) 417-5600
5  Facsimile:  (949) 417-5610

6  Gregory G. Petersen, Esq. (Bar No. 77744)
   CASTLE, PETERSEN & KRAUSE LLP
7  Attorneys at Law
   8388 Vickers Street
8  San Diego, California 92111
   E-mail: atty@cpk-law.com
9  Telephone: (858) 300-3824
   Facsimile:  (858) 573-1574

10

11 Attorneys for Plaintiffs HOUSTON ALVIS, et al.,
   on behalf of themselves, other employees
12 similarly situated and the general public

FILED
06 NOV 27  AM 8:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Houston Alvis, Eric Anderson, Michael W. Brown, Mark Alan Bussey, Thomas Alan Bussey, Matt Byrd, Dwight P. Carwell, John Clark, Phil Dumas, Laura Flinn, Scott Garrett, John Pierre Gisbert, Martin D. Gravelle, Scott Hunter, John Janda, Randy Judd, Kevin Kaiser, Shawn M. Kelly, Edward L. Lane, Karen Laser, Ignacio Lopez, Martin J. Morabe, Ann O'neill, Gregory Lee Rainwater, Carl Steven Regalado, James E. Sandifer, Rob Sarracino, Christopher P. Schuchardt, Daniel Shapiro, Roy M. Spencer, Johann A. Stenn, Anis B. Trabelsi, Gary Truscott, Eldidio Pete Ybarra, Jr., Joshua B. Young, on behalf of themselves, other employees similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OCEANSIDE; DOE ONE through 10, inclusive,<br><br>Defendants. | CASE NO. 06 CV 0911 JM WMc<br><br>STIPULATION OF DISMISSAL FOR JOHN CLARK |

-1-
STIPULATION RE DISMISSAL OF JOHN CLARK

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff, John Clark is hereby dismissed from the above-captioned matter without prejudice.

Dated: 10/29/06

John Clark, Plaintiff

CASTLE, PETERSEN & KRAUSE LLP
Attorneys at Law

Elizabeth A. Barker, Esq.
Attorneys for Plaintiff

Dated: 11/13/06

BEST, BEST & KRIEGER LLP

Arlene Prater, Esq.
Alison D. Alpert, Esq.
Attorneys for Defendant
City of Oceanside

**ORDER**

IT IS SO ORDERED.

Dated: 11/21/06

Honorable Jeffrey T. Miller
United States District Court Judge

-2-
STIPULATION RE DISMISSAL OF JOHN CLARK