949 417 5610        CASTLE PETERSON AN                        16:31:23 __ 01-12-2007 __ -        2/3

FILED

2007 JAN 26  AM 9: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  GREGORY G. PETERSEN, (SBN 77744)
   PAMELA A. WILSON, (SBN 158807)
2  DANIEL J. PADOVA (SBN 182143)
   EUGENE SENF (SBN 206168)
3  **CASTLE, PETERSEN & KRAUSE LLP**
   Attorneys at Law
4  4675 MacArthur Court, Suite 1250
   Newport Beach, California 92660
5  Tel.: 949/417-5600
   Fax: 949/417-5610
6  E-mail: atty@cpk-law.com

7  Attorneys for Plaintiff HOUSTON ALVIS,
   on behalf of himself, other employees
8  similarly situated and the general public

9

                UNITED STATES DISTRICT COURT
10
                SOUTHERN DISTRICT OF CALIFORNIA
11

12  Houston Alvis, Eric Anderson, Michael        CASE NO. 06 CV 0911 JM WMc
    W. Brown, Mark Alan Bussey, Thomas
13  Alan Bussey, Matt Byrd, Dwight P.            **STIPULATION OF DISMISSAL**
    Carwell, John Clark, Phil Dumas, Laura       **FOR DANIEL SHAPIRO**
14  Flinn, Scott Garrett, John Pierre Gisbert,
    Martin D. Gravelle, Scott Hunter, John
15  Janda, Randy Judd, Kevin Kaiser, Shawn
    M. Kelly, Edward L. Lane, Karen Laser,
16  Ignacio Lopez, Martin J. Morabe, Ann
    O'neill, Gregory Lee Rainwater, Carl
17  Steven Regalado, James E. Sandifer, Rob
    Sarracino, Christopher P. Schuchardt,
18  Daniel Shapiro, Roy M. Spencer, Johann
    A. Stenn, Anis B. Trabelsi, Gary Truscott,
19  Eldidio Pete Ybarra, Jr., Joshua B. Young,
    on behalf of themselves, other employees
20  similarly situated and the general public,

21         Plaintiffs,

22  vs.

23  CITY OF OCEANSIDE; DOE ONE
    through 10, inclusive,
24
           Defendants.
25

26

27       IT IS HEREBY STIPULATED by and between the parties to this action through

28  their designated counsel that Plaintiff, Daniel Shapiro is hereby dismissed from the

                                    -1-

above-captioned matter without prejudice.

1

2

3   Dated: _1- 5- 2007_                    **CASTLE, PETERSEN & KRAUSE LLP**
                                            Attorneys at Law
4

5   _____            _____
    Daniel Shapiro, Plaintiff            Daniel J. Padova, Esq.
6                                        Attorneys for Plaintiff

7

8   Dated: _1- 17- 2007_                  **BEST, BEST & KRIEGER LLP**

9

10  _____
    Arlene Prater, Esq.
11  Alison D. Alpert, Esq.
    Attorneys for Defendant
12  City of Oceanside

13

14

15                                       **ORDER**

16  IT IS SO ORDERED.

17

18  Dated: _1/25/07_                     _____
                                         Honorable Jeffrey T. Miller
19                                       United States District Court Judge

20

21

22

23

24

25

26

27

28

-2-

STIPULATION RE DISMISSAL OF DANIEL SHAPIRO