UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS, et al ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF OCEANSIDE; DOES 1-10 ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.06cv911 JM(WMc) <br><br> ORDER ON STIPULATION OF <br> DISMISSAL FOR ROY M. SPENCER <br> [Docket No. 48] |

Upon the Stipulation of the parties, and for good cause being shown, Roy M. Spencer is hereby dismissed from the above captioned action without prejudice.

IT IS SO ORDERED.

DATED: September 21, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge