UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS, et al., | ) Case No. 06CV0911 JM (WMc) |
| Plaintiffs, | ) **ORDER** |
| v. | ) |
| CITY OF OCEANSIDE and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

The Court has received the parties' joint *ex parte* motion. [Doc. No. 65.] The Court will hold a *telephonic* conference regarding the joint motion on **February 25, 2008 at 2:00 p.m.** Counsel for Defendant will contact opposing counsel on the day and at the time indicated above and then initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: February 25, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:
HONORABLE JEFFREY T. MILLER, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD