# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS, et al.,<br><br>                      Plaintiffs,<br>vs.<br><br>CITY OF OCEANSIDE, et al.,<br><br>                      Defendants. | CASE NO. 06 CV 0911 JM (WMc)<br><br>**ORDER DENYING JOINT MOTION FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT CUT-OFF AND FOR ORDER SETTING MOTION DATE** |

The parties have filed a joint motion to continue the deadline for filing motions for summary judgment and to set a motion hearing date. (Doc. no. 70.) The current cut-off date is June 11, 2008. They seek to extend the cut-off date to July 11, 2008. This is the parties' third request for such a continuance. For failure to demonstrate good cause, the court hereby **DENIES** the motion.

**IT IS SO ORDERED.**

DATED: June 2, 2008

                                              Hon. Jeffrey T. Miller
                                              United States District Judge

cc:     All parties