1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| HOUSTON ALVIS, et al., | CASE NO. 06 CV 0911 JM (WMc) |
|---|---|
| Plaintiffs, | **ORDER DENYING MOTION TO RECONSIDER JUNE 3, 2008 ORDER** |
| vs. | |
| CITY OF OCEANSIDE, et al., | **(Doc. No. 72)** |
| Defendants. | |

On June 3, 2008, the court denied the parties' joint motion to continue the deadline for filing motions for summary judgment. Defendant now moves ex parte for reconsideration of that order. Defendant represents that Plaintiff's counsel does not oppose this request. The court finds that Defendant fails to demonstrate good cause for the court at this time to modify or vacate its June 3, 2008 order. The court therefore **DENIES** the motion for reconsideration.

The motion cutoff date remains June 11, 2008. Thus, any party seeking to move for summary judgment must have secured a <u>motion hearing date</u> of June 11, 2008, or earlier. Under the current scheduling order, the parties can no longer secure a timely motion hearing date. The denial of the

//
//
//
//

motion for reconsideration is without prejudice to a future application, predicated upon good cause, to bring a specific motion.

**IT IS SO ORDERED.**

DATED: June 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties