# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| HOUSTON ALVIS, et al.,<br><br>                            Plaintiffs,<br>  vs.<br><br>CITY OF OCEANSIDE, et al.,<br><br>                            Defendants. | CASE NO. 06 CV 0911 JM (WMc)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO SET FILING AND HEARING DATES FOR MOTION FOR SUMMARY JUDGMENT, EXCEED PAGE LIMIT** |
|---|---|

      For good cause shown, the court hereby **GRANTS** Defendant's unopposed ex parte application to set filing and hearing dates for a motion for summary judgment. The hearing on Defendant's motion for summary judgment is hereby set for **August 1, 2008, at 1:30 p.m. in Courtroom 16**. The motion and supporting papers must be filed by **June 16, 2008**.

      The court also **GRANTS** Defendant's request to exceed the page limit for the briefs filed in connection with the summary judgment motion. The court hereby **ORDERS** that Defendant may file a brief of up to 35 pages in support of the motion; Plaintiff may file a brief of up to 35 pages in opposition to the motion; and Defendant may file a brief of up to 15 pages in reply to Plaintiff's opposition.

      **IT IS SO ORDERED.**

**DATED: June 10, 2008**

                                                                                                                     **Hon. Jeffrey T. Miller**
                                                                                                             **United States District Judge**