# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS, et al., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OCEANSIDE, et al., <br><br> Defendants. | CASE NO. 06 CV 0911 JM (WMc) <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE SUMMARY JUDGMENT HEARING** |

For good cause shown, this court hereby GRANTS the Joint Motion to Continue Hearing Of Defendant City of Oceanside's Motion For Summary Judgment, as follows:

1. City of Oceanside's Motion For Summary Judgment shall be continued to September 19, 2008.

2. Plaintiff's Response In Opposition To City of Oceanside's Motion For Summary Judgment shall be filed no later than August 29, 2008.

3. City's Reply In Support Of City Of Oceanside's Motion For Summary Judgment shall be filed no later than September 5, 2008.

**IT IS SO ORDERED.**

**DATED:  July 14, 2008**

_____

**Hon. Jeffrey T. Miller**

**United States District Judge**