# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS, et al., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OCEANSIDE, et al., <br><br> Defendants. | CASE NO. 06 CV 0911 JM (WMc) <br><br> **ORDER GRANTING JOINT MOTIONS TO DISMISS PLAINTIFFS HOUSTON ALVIS AND ELPIDIO YBARRA, JR.** |

For good cause shown, the court hereby **GRANTS** the parties' joint motions to dismiss plaintiffs Houston Alvis and Elpidio Ybarra, Jr. (Doc. nos. 58, 59.)

**IT IS SO ORDERED.**

DATED: August 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties