UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS, et al., | Case No. 06CV0911 JM (WMc) |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE [DOC. NO. 80.]** |
| v. | |
| CITY OF OCEANSIDE and DOES 1 through 20, inclusive, | |
| Defendants. | |

On August 4, 2008, the parties filed a Joint Motion to Vacate the Mandatory Settlement Conference. [Doc. No. 80.] Good cause appearing, the Mandatory Settlement Conference previously scheduled for August 12, 2008 is **VACATED**.

**IT IS SO ORDERED.**

DATED: August 6, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JEFFREY T. MILLER, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD