# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIS et al.,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>CITY OF OCEANSIDE et al.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 06-cv-0911-JM-WMc<br><br>**ORDER REMOVING HEARING ON MOTION FOR SUMMARY JUDGMENT FROM CALENDAR**<br><br>Date of Hearing: October 3, 2008<br>Time:　　　　　1:30 p.m.<br>Courtroom:　　16 |

On September 9, 2008, the parties filed a Joint Motion to Continue Hearing on Motion for Summary Judgment, currently scheduled for October 3, 2008 at 1:30 p.m.

Since the parties are in the process of settling the matter, and this hearing has been re-scheduled several times, the court hereby **DENIES** the parties' Joint Motion to Continue and sua sponte **ORDERS** the above-referenced hearing **REMOVED** from the court calendar.

The subject of possible re-noticing of this hearing will be addressed at the Status Conference already set for October 3, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: September 11, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge