UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OCEANSIDE and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 06 CV 0911 JM (WMc) <br><br> **ORDER GRANTING DISMISSAL OF PLAINTIFF RANDY JUDD WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties submitted a joint motion (Doc. No. 115) stipulating to the dismissal of Plaintiff Randy Judd with prejudice.

The court hereby **GRANTS** the motion to dismiss Plaintiff Randy Judd with prejudice.

**IT IS SO ORDERED.**

DATED: September 25, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties