# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON ALVIS et al., <br><br> Plaintiff, <br> vs. <br><br> CITY OF OCEANSIDE and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 06 CV 0911 JM (WMc) <br><br> **ORDER DENYING JOINT MOTION TO VACATE STATUS CONFERENCE SCHEDULED FOR OCTOBER 3, 2008** |

Plaintiffs Houston Alvis *et al.* ("Plaintiffs") and Defendant City of Oceanside ("Defendant") filed a Joint Motion to Vacate Status Conference Scheduled for October 3, 2008 (Doc. No. 119). Since the parties have not provided the court with a fully executed, final settlement agreement, the court hereby **DENIES** the motion and **ORDERS** representatives of all parties to appear at the scheduled time. In lieu of appearing, the parties may provide a fully executed, final settlement agreement to the court prior to the scheduled hearing time.

**IT IS SO ORDERED.**

DATED: October 1, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -

06cv0911