# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Alvis, et al

       **V.**           **JUDGMENT IN A CIVIL CASE**

City of Oceanside, et al

                **CASE NUMBER:**  06cv911-JM(WMC)

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2).............................................................................................................................
...............................................................................................................................................................

| November 3, 2008 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |

                    S/ T. Lee
                    (By) Deputy Clerk

                    ENTERED ON November 3, 2008